CITY OF ELIZABETH v. DAVID V. NAHAMA.

June 25, 1985.

Petition for certification denied.

MARTIN PRICE v. BOARD OF COMMISSIONERS OF THE TOWNSHIP OF HADDON IN THE COUNTY OF CAMDEN AND STATE OF NEW JERSEY.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. P.B.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK RAMOS.

June 25, 1985.

Petition for certification denied.